UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                    #11 CR 912 (JFK)

      Patrick Lewis

------------------------------X

The re-sentencing hearing is set for Wednesday, March 31, 2021 at 11:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-11-20

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12-11-20]