```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :    No. 11 Cr. 912 (JFK)
                                    :
PATRICK LEWIS,                      :         ORDER
                                    :
                    Defendant.      :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

By no later than April 21, 2021, counsel for Defendant Patrick Lewis and counsel for the Government are to file a joint letter of no more than three pages updating the Court regarding the status of Lewis's June 24, 2016 habeas petition, ECF No. 276.

The Clerk of Court is directed to terminate the letter motions at ECF Nos. 288 and 292.

**SO ORDERED.**

Dated:  New York, New York
        April 14, 2021

                                    _____
                                          John F. Keenan
                                    United States District Judge