USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :          No. 11 Cr. 912 (JFK)
                                    :
PATRICK LEWIS,                      :               **ORDER**
                                    :
                    Defendant.      :
-----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

On April 14, 2021, the Court ordered counsel for Defendant

Patrick Lewis and counsel for the Government to file a joint

letter updating the Court on the status of Lewis's June 24, 2016

habeas petition, ECF No. 276.  (ECF No. 371.)  On April 16,

2021, counsel for Lewis submitted such a letter requesting that

Lewis's habeas petition be withdrawn because the legal issues

claimed in the petition are foreclosed by United States v. Hill,

890 F.3d 51, 52 (2d Cir. 2018), cert. denied, 139 S. Ct. 844

(2019).  (ECF No. 372.)

Accordingly, Lewis's request for habeas relief is DENIED.

The Clerk of Court is directed to terminate the motions at ECF

Nos. 276 and 372.

**SO ORDERED.**

Dated:  New York, New York
        April 21, 2021            _John F. Keenan_____
                                       John F. Keenan
                                  United States District Judge