UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

PATRICK LEWIS,

                        Defendant.

------------------------------------------------------x

ORDER

25 Cr. 0074-01 (NSR)
11 Cr. 0912-04 (NSR)

### ROMÁN, D.J.:

The C.J.A. attorney assigned to this case ____Stephen R. Lewis____ is hereby ordered substituted
                                                    Attorney's Name

and the representation of the defendant in the above captioned matters is assigned to C.J.A. attorney

____Daniel McGuinness____. A Financial Affidavit was filed previously in 25 Cr. 0074 (NSR) at
        Attorney's Name

ECF No. 3.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
         June 27, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2025